LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone     (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS V. ZIEGER, SR. AND LISA A. ZIEGER,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY, JOHNSON & JOHNSONCOMPANY, AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.<br><br>Defendants. | Case No. C 06 1851 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**HON. MARILYN HALL PATEL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: May 17, 2006

LEVIN SIMES KAISER & GORNICK LLP

*/s/ Dennis J. Canty*
Dennis J. Canty
Attorneys for Plaintiff

*[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California]*

VOLUNTARY DISMISSAL                                                              PAGE 1